Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Sean N. Payne, Esq.
Nevada Bar No. 13216
PAYNE LAW FIRM LLC
9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123
Phone: (702) 952-2733
FAX: (702) 462-7227
Email: seanpayne@spaynelaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GEORGE C. COSTUROS and MARSHA E. COSTUROS,<br><br>Plaintiffs,<br>v.<br><br>HSBC BANK USA, N.A.; PHH MORTGAGE CORPORATION; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND TRANS UNION, LLC,<br><br>Defendants. | Lead Case No. 2:17-cv-02724-MMD-NJK<br><br>Consolidated with<br>Case No. 2:17-cv-02725-MMD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO PLEAD OR RESPOND TO MOTION TO DISMISS**<br><br>**(SECOND REQUEST)** |

1

Plaintiffs George C. Costuros and Marsha E. Costuros ("Plaintiffs"), by and through their counsel of record, and Defendants HSBC Bank USA, N.A. ("HSBC"), Equifax Information Services, LLC ("Equifax"), Experian Information Solutions, Inc. ("Experian"), and Trans Union LLC ("Trans Union") (collectively, "Defendants"), have agreed and stipulated to the following:

1. On October 26, 2017, George C. Costuros filed a Complaint, which was denominated Case No. 2:17-cv-02724. (ECF No. 1).

2. On October 26, 2017, Marsha E. Costuros filed a Complaint, which was denominated Case No. 2:17-cv-02725. (ECF No. 1).

3. On November 29, 2017, Trans Union filed a Notice of Related Cases. (ECF No. 9).

4. On January 8, 2018, the Court entered a Minute Order consolidating the two cases. (ECF No. 20).

5. On January 16, 2018, HSBC filed Motions to Dismiss Plaintiffs' Complaints ("Motion to Dismiss"). (ECF Nos. 21 & 22.)

6. On January 26, 2018, Plaintiffs and Defendants filed their first request to extend time for Plaintiffs' to plead or respond to HSBC's Motion to Dismiss ("First Request"). (ECF No. 25).

7. The Court approved Plaintiffs' First Request, and Plaintiffs' deadline to plead or otherwise respond was extended through February 13, 2018. (ECF No. 26).

8. Plaintiffs and HSBC are continuing in their efforts to work towards a potential resolution of Plaintiffs' claims against HSBC, and as a result of these ongoing communications, Plaintiffs request an additional seven (7) day extension of the February 13 deadline. This request is made in good-faith to facilitate additional time to work towards an amicable resolution between Plaintiffs and HSBC. Defendants are agreeable to the request. This is the second request for an extension of Plaintiffs deadline to plead or otherwise respond to the Motion to Dismiss.

//

As a result, the Parties hereby request this Court to further extend the date for Plaintiffs to respond to HSBC's Motions to Dismiss until **February 20, 2018**.

IT IS SO STIPULATED.

Dated February 9, 2018

| | |
|---|---|
| */s/ Sean N. Payne*<br>Sean N. Payne, Esq.<br>Nevada Bar No. 13216<br>PAYNE LAW FIRM LLC<br>9550 S. Eastern Ave., Suite 253-A213<br>Las Vegas, NV 89123<br><br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br>*Attorneys for Plaintiff* | */s/ Jennifer L. Braster*<br>Jennifer L Braster, Esq.<br>Nevada Bar No. 9982<br>NAYLOR & BRASTER<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br><br>*Attorneys for Defendant Experian Information Solutions, Inc.*<br><br>*/s/ Bradley T. Austin*<br>Bradley T. Austin, Esq.<br>Nevada Bar No. 13064<br>SNELL & WILMER LLP<br>3883 Howard Hughes Pkwy, Suite 1100<br>Las Vegas, NV 89169<br><br>*Attorneys for Defendant*<br>*Equifax Information Services LLC* |
| /s/ Jacob D. Bundick<br>Jacob D. Bundick<br>Nevada Bar No. 9772<br>Greenberg Traurig, LLP<br>3773 Howard Hughes Parkway, Suite 400N<br>Las Vegas, NV 89169<br><br>*Attorneys for Defendant HSBC Bank USA, N.A.* | /s/ Jason G. Revzin<br>Jason G. Revzin, Esq.<br>Nevada Bar No. 8629<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, Nevada 89118<br><br>*Attorneys for Defendant*<br>*Trans Union LLC* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: February 12, 2018