1  Matthew I. Knepper, Esq.
   Nevada Bar No. 12796
2  Miles N. Clark, Esq.
   Nevada Bar No. 13848
3  KNEPPER & CLARK LLC
   10040 W. Cheyenne Ave., Suite 170-109
4  Las Vegas, NV 89129
   Phone: (702) 825-6060
5  FAX: (702) 447-8048
   Email: matthew.knepper@knepperclark.com
6  Email: miles.clark@knepperclark.com

7
   David H. Krieger, Esq.
8  Nevada Bar No. 9086
   HAINES & KRIEGER, LLC
9  8985 S. Eastern Ave., Suite 350
   Henderson, NV 89123
10 Phone: (702) 880-5554
   FAX: (702) 385-5518
11 Email: dkrieger@hainesandkrieger.com

12 Sean N. Payne, Esq.
   Nevada Bar No. 13216
13 PAYNE LAW FIRM LLC
   9550 S. Eastern Ave., Suite 253-A213
14 Las Vegas, NV 89123
   Phone: (702) 952-2733
15 FAX: (702) 462-7227
   Email: seanpayne@spaynelaw.com
16

17 *Attorneys for Plaintiffs*

18              **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF NEVADA**
19

20 GEORGE C. COSTUROS and MARSHA E.        :
   COSTUROS,                                :
21                                          :  Lead Case No. 2:17-cv-02724-MMD-NJK
                                            :
22              Plaintiffs,                 :
           v.                               :  Consolidated with
                                            :  Case No. 2:17-cv-02725-MMD-NJK
23 HSBC BANK USA, N.A.; PHH MORTGAGE        :
   CORPORATION; EQUIFAX                     :
24 INFORMATION SERVICES, LLC;               :  **STIPULATION OF DISMISSAL OF**
   EXPERIAN INFORMATION SOLUTIONS,          :  **DEFENDANT TRANS UNION LLC**
25 INC.; AND TRANS UNION, LLC,              :  **PURSUANT TO FRCP 41(A)(1)(A)(II)**
                                            :
26                                          :
              Defendants.                   :
27                                          :
                                            :
28                                          :

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Trans Union LLC, from the above captioned action, including both the lead and consolidated cases, with prejudice. Each party shall bear its own fees and costs.

Respectfully submitted,

Dated February 23, 2018

| | |
|---|---|
| */s/ Sean N. Payne*<br>Sean N. Payne, Esq.<br>Nevada Bar No. 13216<br>PAYNE LAW FIRM LLC<br><br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>*Attorneys for Plaintiffs* | */s/ Jennifer L. Braster*<br>Jennifer L Braster, Esq.<br>Nevada Bar No. 9982<br>NAYLOR & BRASTER<br><br><br>*Attorneys for Defendant Experian Information Solutions, Inc.*<br><br>*/s/ Bradley T. Austin*<br>Bradley T. Austin, Esq.<br>Nevada Bar No. 13064<br>SNELL & WILMER LLP<br><br>*Attorneys for Defendant Equifax Information Services LLC* |
| /s/ *Jacob D. Bundick*<br>Jacob D. Bundick<br>Nevada Bar No. 9772<br>Greenberg Traurig, LLP<br><br><br>*Attorneys for Defendant HSBC Bank USA, N.A.* | */s/ Jason G. Revzin*<br>Jason G. Revzin, Esq.<br>Nevada Bar No. 8629<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br><br>*Attorneys for Defendant Trans Union LLC* |

~~ORDER~~

**IT IS SO ORDERED.**

DATED: ___February 26, 2018___  _____
UNITED STATES DISTRICT COURT JUDGE