Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Sean N. Payne, Esq.
Nevada Bar No. 13216
PAYNE LAW FIRM LLC
9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123
Phone: (702) 952-2733
FAX: (702) 462-7227
Email: seanpayne@spaynelaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GEORGE C. COSTUROS and MARSHA E. COSTUROS,<br><br>Plaintiffs,<br><br>v.<br><br>HSBC BANK USA, N.A.; PHH MORTGAGE CORPORATION; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND TRANS UNION, LLC,<br><br>Defendants. | Lead Case No. 2:17-cv-02724-MMD-NJK<br><br>Consolidated with<br>Case No. 2:17-cv-02725-MMD-NJK<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT HSBC BANK USA, N.A. PURSUANT TO FRCP 41(A)(1)(A)(II)** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of Defendant HSBC Bank USA, N.A., from the above captioned action, including both the lead and consolidated cases, with prejudice. Each party shall bear its own fees and costs.

Respectfully submitted,

Dated March 1, 2018

| | |
|---|---|
| */s/ Sean N. Payne*<br>Sean N. Payne, Esq.<br>Nevada Bar No. 13216<br>PAYNE LAW FIRM LLC<br><br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br><br>*Attorneys for Plaintiffs* | /s/ *Jacob D. Bundick*<br>Jacob D. Bundick<br>Nevada Bar No. 9772<br>GREENBERG TRAURIG, LLP<br><br>*Attorneys for Defendant HSBC Bank USA, N.A.* |
| | */s/ Bradley T. Austin*<br>Bradley T. Austin, Esq.<br>Nevada Bar No. 13064<br>SNELL & WILMER LLP<br><br>*Attorneys for Defendant*<br>*Equifax Information Services LLC* |
| | */s/ Jennifer L. Braster*<br>Jennifer L Braster, Esq.<br>Nevada Bar No. 9982<br>NAYLOR & BRASTER<br><br>*Attorneys for Defendant Experian Information Solutions, Inc.* |

**~~ORDER~~**

**IT IS SO ORDERED.**

DATED: March 2, 2018

_____
UNITED STATES DISTRICT COURT JUDGE